```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 24032
   DANA CAMPBELL
   CONTESSA SIMMONS CAMPBELL                    CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-2912    SSN XXX-XX-4017
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/16/05 and confirmed on 08/25/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $   6006.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | SECURED | .00 | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10018.31 | .00 | 1269.29 |
| CONSULTANTS IN NEUROLOGY | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL | UNSECURED | 3823.00 | .00 | 484.36 |
| HIGHLIGHTS FOR CHILDREN | UNSECURED | NOT FILED | .00 | .00 |
| HOBSON VALLEY ANIMAL CLI | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 117.12 | .00 | 14.84 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10882.34 | .00 | 1378.76 |
| Q CARD/HRS | UNSECURED | NOT FILED | .00 | .00 |
| S OAKLAND ANESTHESIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 678.55 | .00 | 85.97 |
| SCHOLASTIC | UNSECURED | NOT FILED | .00 | .00 |
| TOP SECRET ADVENTURES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6597.13 | .00 | 835.84 |

         Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 32116.45 | .00 | 32116.45 |
| PRINCIPAL PAID | .00 | .00 | 4069.06 | .00 | 4069.06 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 4069.06 | .00 | 4069.06 |

The Debtor's attorney, KATHLEEN VAUGHT                 , was allowed $   2700.00
and was paid $   1015.00  direct and $    1685.00  through the plan.

The Trustee received $    251.94 .

Refunds to the Debtor totaled $      .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/16/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
       CASE NO. 05 B 24032 DANA CAMPBELL & CONTESSA SIMMONS CAMPBELL